No. A–187 (76–326).  HINSHAW *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE.  Ct. App. Cal., 4th App. Dist.  Application for stay, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–339.  MINNESOTA PUBLIC INTEREST RESEARCH GROUP *v.* SECRETARY OF AGRICULTURE ET AL.  Application to recall and stay mandate of the United States Court of Appeals for the Eighth Circuit, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.  MR. JUSTICE BRENNAN would grant the application.  Motion to dispense with printing appendix to petition for certiorari granted.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this application and motion.

No. A–346.  BUCKLEY ET AL. *v.* McRAE ET AL.  Application for stay of order of the United States District Court for the Eastern District of New York, entered October 22, 1976, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–371 (75–1440).  MAHER, COMMISSIONER OF SOCIAL SERVICES OF CONNECTICUT *v.* ROE ET AL.  Appeal from D. C. Conn.  [Probable jurisdiction noted, 428 U. S. 908.]  Application for stay of judgment, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–68.  IN RE DISBARMENT OF HONOROFF.  It is ordered that Alvin Eugene Honoroff, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.